# Memorandum

*United States Attorney*
*Eastern District of California*



| Subject | Date |
|---|---|
| United States v. Devon Hunt, CR-05-268-EJG | January 10, 2005 |

**FILED**
JAN 11 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| To | From |
|---|---|
| Colleen Lydon, Courtroom Deputy to the Honorable Edward J. Garcia | Mary L. Grad Assistant U.S. Attorney |

    Judgment and sentencing in the captioned action is currently scheduled before the court on January 13, 2006 at 10:00 a.m. All parties request that the date for judgment and sentencing in this case be rescheduled and placed on the court's calendar for January 27, 2006 at 10:00 a.m.

    Thank you for your assistance in this matter.

SO ORDERED.

Date: __1/11/06__

_____
EDWARD J. GARCIA
United States District Judge