UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUL 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-05-268-02 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **DEVON HUNT**, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **DEVON HUNT** Case CR S-05-268-02 WBS from custody for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

**X**   (Other)  **Defendant released on supervised release under the same terms and conditions as previously imposed.  Defendant ordered to return before this court on August 5, 2013 at 3:00 p.m.**

Issued at Sacramento, CA on July 29, 2013 at 1:30 pm

By _____
William B. Shubb,
United States District Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 7/29/13

Orig & Copy: USM
Copy to Docketing