HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DEVON HUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-CR-268 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED ORDER] TO VACATE EVIDENTIARY HEARING AND SET FOR DISPOSITION HEARING |
| v. ) | |
| ) | |
| DEVON HUNT, ) | Date: September 30, 2013 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, and defendant, DEVON HUNT, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the Court should vacate the evidentiary hearing scheduled for August 30, 2013 at 9:00 a.m., and set a disposition hearing on September 30, 2013 at 9:30 a.m.  The parties agree to submit the case on Hunt's admissions without an evidentiary hearing on the remaining allegations.

Dated: August 26, 2013                          Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ Matthew C. Bockmon
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorneys for Defendant

Stipulation And [Proposed Order]                                    *US v. Hunt*, 05-cr-268 WBS

Dated: August 26, 2013

BENJAMIN B. WAGER
United States Attorney

*/s/ Matthew C. Bockmon for*
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the evidentiary hearing currently set for August 30, 2013 is vacated and a disposition hearing for parties to submit the case on Hunt's admissions without an evidentiary hearing on the remaining allegations is now set for September 30, 2013 at 9:30 a.m.

DATED: August 28, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE